UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | CASE NO.  2:17-CR-0023-SLB |
| ) | |
| ROSHIEN KAZAIR CARLTON, ) | |
| ) | |
| **Defendant.** ) | |

## MEMORANDUM OPINION AND ORDER

This case is currently before the court on defendant's Motion to Grant Time Credit. (Doc. 91.)  Defendant Roshien Kazair Carlton asks the court to grant him credit for the time he spent on home detention prior to surrendering to the federal prison in Edgefield, South Carolina.

"A defendant is entitled to credit the time that he has spent in official detention toward the service of a term of imprisonment.  18 U.S.C. § 3585(b).  [The Eleventh Circuit has] held, however, that a defendant's pre-trial home confinement does not constitute official detention for the purposes of § 3585(b)."  *United States v. Anderson*, 517 Fed. Appx. 772, 776 (11th Cir. 2013)(citing *Rodriguez v. Lamer*, 60 F.3d 745, 748 (11th Cir. 1995)).

Therefore, defendant's Motion to Grant Time Credit, (doc. 91), is **DENIED**.

**DONE** this 18th day of August, 2020.

_____
SHARON  LOVELACE  BLACKBURN
UNITED STATES DISTRICT JUDGE